250

**UNITED STATES Of America,**
**Plaintiff–Appellee,**

v.

**Braulio Adrian RAMOS–VALENZUE-**
**LA, Defendant–Appellant.**

No. 03–10245.
D.C. No. CR–01–00673–5–JAT.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 16, 2003.

Michael T. Morrissey, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Jose S. Padilla, Phoenix, AZ, Braulio Adrian Ramos–Valenzuela, pro se, Safford, AZ, for Defendant–Appellant.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM**

Adrian Braulio Ramos–Valenzuela appeals the judgment of conviction, pursuant to guilty plea, and 135–month sentence for conspiracy to posses with intent to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ramos–Valenzuela has filed a brief and

a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and, in light of the valid appeal waiver, the appeal is **DIS-MISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

